EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-100-638**

**Effective Date of Registration:**
November 20, 2017

## Title

              Title of Work:   Del Real Tax Group Logo

## Completion/Publication

       Year of Completion:   2015
  Date of 1st Publication:   September 29, 2015
Nation of 1st Publication:   United States

## Author

-                   Author:   Del Real Tax Group Inc.
        Author Created:   2-D artwork
   Work made for hire:   Yes
            Citizen of:   United States
          Domiciled in:   United States
            Year Born:   2012

## Copyright Claimant

     Copyright Claimant:   Del Real Tax Group Inc
                                7951 Ogden Ave, Lyons, IL, 60534, United States

## Rights and Permissions

      Organization Name:   Del Real Tax Group Inc.
                   Name:   Olga Maribel Salazar
                   Email:   maribel@delrealtax.com
              Telephone:   (281)203-1761
        Alt. Telephone:   (708)788-0082
                Address:   7951 Ogden Ave
                                Lyons, IL 60534 United States

## Certification

**Name:** Olga Maribel Salazar, Del Real Tax Group Inc
**Date:** November 20, 2017

**Correspondence:** Yes

